WILLIAM RASQUIN, JR., et al., as Executors of LILY W. BERESFORD, Deceased, Appellants, *v.* LOUIS G. HAMERSLEY et al., Respondents, and CORTLANDT DE P. FIELD et al., as Executors of JOHN W. HAMERSLEY, Deceased, et al., Appellants, Impleaded with Others.

*Rasquin v. Hamersley,* 152 App. Div. 522, affirmed.
(Argued May 13, 1913; decided June 2, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1912, which affirmed a judgment entered upon the report of a referee sustaining as valid the will of Louis C. Hamersley, deceased.

*Douglas Campbell, H. H. Snedeker, David B. Ogden* and *Francis Smyth* for appellants.

*Charles F. Brown* and *Henry H. Man* for respondents.

Judgment affirmed, with costs to all parties appearing in this court and filing briefs, payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.